STEPHEN SOMMERS, SBN 225742
CLAYEO C. ARNOLD, PC
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: ssommers@justice4you.com

Attorney for Plaintiff
JANE DOE


SERENA M. WARNER, SBN 264799
ANGELO, KILDAY, & KILDUFF, LLP
601 Univeristy Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Facsimile: (916) 564-6263
Email: swarner@akk-law.com

Attorney for Defendant
COUNTY OF SAN JOAQUIN
(SAN JOAQUIN SHERRIFF'S OFFICE)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRI**

| | |
|---|---|
| JANE DOE, | Case No. 2:24-CV-00899-WBS-CKD |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| COUNTY OF SAN JOAQUIN, ET AL., | |
| Defendants. | |

1
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jane Doe and Defendant County of San Joaquin (San Joaquin Sheriff's Office), through their counsel of record, hereby stipulate that the above-captioned action should be dismissed in its entirety with prejudice. Each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: December 17, 2025          **ARNOLD LAW FIRM**

By: /s/ *Stephen Sommers*
Stephen A. Sommers
Attorney for Plaintiff
Jane Doe

Dated: December 17, 2025          **ANGELO, KILDAY, & KILDUFF, LLP**

By: /s/ *Serena Warner*
Serena M. Warner
Attorney for Defendant
County of San Joaquin
(San Joaquin Sheriff's Office)

**ORDER**

Based upon the Stipulation of the parties, the Court hereby Orders a Dismissal of Plaintiff's First Amended Complaint for Damages and the matter Jane Doe v. County of San Joaquin et al., United States District Court, Eastern District of California, Case No 2:24-CV-00899-WBS-CKD, with prejudice, pursuant to Federal rule of Civil Procedure 41(a)(1)(A), with each party to bear its/his own costs.

**IT IS SO ORDERED.**

Dated: December 18, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE